1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                           **SACRAMENTO DIVISION**

12 HANEEF AHMAD,                       )
                                       )      CIVIL NO. 2:06-CV-02336-DAD
13      Plaintiff,                     )
                                       )
14      v.                             )      STIPULATION AND ORDER OF
                                       )      VOLUNTARY REMAND AND DISMISSAL
15 MICHAEL J. ASTRUE,                  )      OF CASE, WITH DIRECTIONS TO CLERK
   Commissioner of                     )      TO ENTER JUDGMENT
16 Social Security,                    )
                                       )
17      Defendant.                     )
   _____ )
18

19      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

21 case pursuant to sentence four of 42 U.S.C. § 405(g) for a further proceedings including a new hearing

22 and decision.

23      Upon remand, the ALJ will be directed to re-evaluate Plaintiff's functional limitations and

24 explain the weight given to the treating, examining and non-examining sources of record.  The ALJ shall

25 consider the mental and physical demands of Plaintiff's past relevant work and compare them, on a

26 function-by-function basis, with the residual functional capacity finding assessed by the ALJ.  If

27 supplemental vocational expert testimony is relied on to support the ALJ's step four finding, the ALJ

28 must resolve any discrepancies between the testimony and the <u>Dictionary of Occupational Titles</u>.

1    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: August  27, 2007         /s/ *Bruce J. Hagel*
                                (As authorized via *facsimile)
                                BRUCE J. HAGEL
                                Attorney for Plaintiff

Dated: August  27, 2007         McGREGOR W. SCOTT
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Elizabeth Firer*
                                ELIZABETH FIRER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: September 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/ahmad2336.stipord.remand