McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| HANEEF AHMAD,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-02336-DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that, as Plaintiff's assignee, counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE-THOUSAND, ONE-HUNDRED TWENTY DOLLARS ($3,120.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of THREE-THOUSAND, ONE-HUNDRED TWENTY DOLLARS ($3,120.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future

request for fees under the Social Security Act, 42 U.S.C. § 406(b). Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

Respectfully submitted,

Dated: November 26, 2007  /s/ *Bruce J. Hagel*
(As authorized via email)
BRUCE J. HAGEL
Attorney for Plaintiff

Dated: November 26, 2007  McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: November 26, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/ahmad2336.stipord.attyfee

2 - Stip & Order Re EAJA Fees